IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01859-BNB

JESUS E. RIVERA,

Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections,
SUSAN JONES, Warden, Centennial Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 30, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01859-BNB

Alison L. Ruttenberg
Attorney at Law
**DELIVERED ELECTRONICALLY**

Rebecca A. Adams
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/30/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk