IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01859-MSK

JESUS E. RIVERA,

        Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections;
SUSAN JONES, Warden, Centennial Correctional Facility; and
JOHN SUTHERS, Attorney General of the State of Colorado,

        Defendants.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Jesus Rivera*, Adams County District Court Case No. 03CR1017, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Adams County District Court
            1100 Judicial Center Drive
            Brighton, Colorado 80601-8874;

(2)  Assistant Solicitor General
     Appellate Division
     Office of the Attorney General
     1525 Sherman Street
     Denver, Colorado  80203; and

(3)  Court Services Manager
     State Court Administrator's Office
     101 W. Colfax, Ste. 500
     Denver, Colorado  80202.

Dated this 22nd day of April, 2011

                                            **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge